# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JAMES E. SNEAD**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV00069 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) | By: James P. Jones<br>Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed March 29, 2006, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The decision denying benefits by the Commissioner of Social Security ("Commissioner") is VACATED;

3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further development; and

4. This case is closed.

ENTER: April 20, 2006

/s/ JAMES P. JONES
Chief United States District Judge